1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   LESTER DOZIER, JR.,                          1:08-cv-01286-GSA (HC)

12                   Petitioner,
                                                  ORDER AUTHORIZING
13        vs.                                     IN FORMA PAUPERIS STATUS

14   JOHN C. MARSHALL,

15                   Respondent.
     _____/
16

17        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

19   proceed *in forma pauperis*.  The petition will be screened in due course.

20

21        IT IS SO ORDERED.

22        **Dated:    September 19, 2008**              _____/s/ **Gary S. Austin**_____
                                                        UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28